JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-05250-JLS-RAO                                    Date: February 27, 2023
Title:  K. F. v. Long Beach Unified School District et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING ACTION TO STATE COURT**

In light of the Court's Order of February 24, 2023 (Doc. 15) and Plaintiff's filing of a Second Amended Complaint (Doc. 16), this action is HEREBY REMANDED to California Superior Court, County of Los Angeles, Case No. 22STCV17326.

Initials of Deputy Clerk: vrv